MARISOL A. NAGATA
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 - Fax
File No. 1422005
cdcaecf@bdftw.com

Attorney for Movant
PRIORITY BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MICHAEL DAVID LO PRESTI,<br>DIANE MARIE LO PRESTI,<br>fka DIANE MARIE FAGUNDES,<br><br><br>Debtors. | CASE NO.:    6:09-bk-33168-SB<br>CHAPTER:    13<br><br>STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362<br><br>DATE:    No hearing set<br>TIME:<br>PLACE: |

STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362

| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marisol A. Nagata, Esq., SBN 221387<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, California 91765<br>Telephone No. (626) 915-5714   Fax No. (972) 661-7726<br>cdcaecf@bdftw.com<br>BDFTW File #1422005<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant, Priority Bank* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Michael David Lo Presti, Diane Marie Lo Presti** *fka*<br>**Diane Marie Fagundes**<br>                                                Debtor(s). | CHAPTER: 13<br>CASE NO.: 6:09-bk-33168-SB<br>DATE:    No hearing set<br>TIME:<br>CTRM:<br>FLOOR: |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: PRIORITY BANK)

1.  The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by Stipulation **(See attachment)**

2.  The Motion affects the following real property ("Property"):

    *Street Address:*            **5924 Wilkes Drive**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*    **Fort Worth, Texas 76119**

    Legal description or document recording number (including county of recording): Lot 16, Block 7 of Wilkes Estates, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the map or plat thereof recorded in Volume 338-L, Page 58, Plat Records, Tarrant County, Texas.

    ☐ See attached page.

3.  The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
                                                     ☐ 11 U.S.C. § 362(d)(4)

4.  As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.    ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5.  ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5

| In re:<br>**Michael David Lo Presti, Diane Marie Lo Presti** *fka* **Diane Marie Fagundes**<br><div align="right">Debtor(s).</div> | CHAPTER    13<br>CASE NUMBER    6:09-bk-33168-SB |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
   d. ☒ See attached continuation page for additional provisions.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 4001-10.RP

| In re: | CHAPTER: 13 |
|---|---|
| Michael David Lo Presti, Diane Marie Lo Presti fka Diane Marie Fagundes Debtor(s). | CASE NUMBER: 6:09-bk-33168-SB |

# ATTACHMENT
(Continuation from Page 1, Paragraph 1)

## RECITALS

1. WHEREAS, on September 30, 2009, Debtors commenced the within Chapter 13 case by filing a voluntary petition for relief under Chapter 13 of title 11 United States Code with the United States Bankruptcy Court for the Central District of California, Riverside Division. Rod Danielson is the duly appointed Chapter 13 Trustee.

2. WHEREAS, the Debtors' estate includes real property commonly known as **5924 Wilkes Drive, Fort Worth, Texas 76119.**

3. WHEREAS, on or about June 12, 2008, Debtor Michael Lo Presti executed a note in the original sum of $76,500.00 in favor of Priority Bank. The note is secured by a first priority Deed of Trust against said real property recorded in the Office of the County Recorder of Tarrant County, Texas.

4. WHEREAS, Priority Bank is, and has been, the holder of the note since the inception of the subject loan.

5. WHEREAS, Priority Bank is in possession of the original note.

6. WHEREAS, the Debtors admit that the loan is in default for the months of September 1, 2009 through and including November 1, 2009, and applicable late fees.

7. WHEREAS, the Debtors filed a Chapter 13 Plan dated September 30, 2009 ("Chapter 13 Plan").

8. WHEREAS, in the Chapter 13 Plan, Debtors stated their intention to surrender the Property to Movant.

9. WHEREAS, the Debtors' Chapter 13 Plan was confirmed at the November 11, 2009 Confirmation Hearing.

WHEREFORE, the parties hereto agree as follows:

## AGREEMENT

A. As to Movant, the stay of 11 U.S.C. § 362(a) is terminated as to Debtors and Debtors' bankruptcy estate.

SUBMITTED BY:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

/s/ Marisol A. Nagata                              Dated: November 12, 2009
MARISOL A. NAGATA, ESQ.
Attorneys for Movant

APPROVED AS TO FORM AND CONTENT: Doan Law Firm, LLP

/s/ _____                    Dated: November 12th, 2009
ANTHONY VIGIL, ESQ.
Attorneys for Debtors

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                     F 4001-10.RP

| In re:<br>**Michael David Lo Presti, Diane Marie Lo Presti** *fka* **Diane Marie Fagundes**<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 6:09-bk-33168-SB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

A true and correct copy of the foregoing document described <u>Stipulated Order Granting Motion for Relief from the Automatic Stay (Real Property)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>November 24, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge:** Hon. Samuel L. Bufford/Intake, U.S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012
**Debtors:** Michael David Lo Presti, Diane Marie Lo Presti, 26665 Silver Oaks Drive, Murrieta, CA 92563
**Debtors:** Michael David L. Presti, Diane Marie Lo Presti, 5924 Wilkes Drive, Fort Worth, TX 76119
**Attorney for Debtors:** Gregory J. Doan, 25401 Cabot Road, Suite 119, Laguna Hills, CA 92653
**Chapter 13 Trustee:** Rod Danielson, 4361 Latham Street, Suite 270, Riverside, CA 92501

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>November 24, 2009</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>November 24, 2009</u> | <u>MARISOL A. NAGATA</u> | <u>/s/ Marisol A. Nagata</u> |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 4001-10.RP

| In re:<br>**Michael David Lo Presti, Diane Marie Lo Presti** *fka* **Diane Marie Fagundes**<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 6:09-bk-33168-SB |
|---|---|

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Motion for Relief from the Automatic Stay (Real Property) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 24, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov
**Attorney for Movant:** Marisol A. Nagata: cdcaecf@bdftw.com
**Attorney for Debtors:** ecf@usdoanlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors:** Michael David Lo Presti, Diane Marie Lo Presti, 26665 Silver Oaks Drive, Murrieta, CA 92563
**Chapter 13 Trustee:** Rod Danielson, 4361 Latham Street, Suite 270, Riverside, CA 92501

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Debtors:** Michael David L. Presti, Diane Marie Lo Presti, 5924 Wilkes Drive, Fort Worth, TX 76119

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 4001-10.RP