ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:09-bk-33168-SB** |
| **MICHAEL DAVID LO PRESTI** ) | |
| ) | **TRUSTEE'S REPORT** |
| ) | |
| **DIANE MARIE LO PRESTI** ) | |
| **AKA DIANE MARIE FAGUNDES** ) | |
| ) | |
| ) | |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$5,249.00** per month.

Spouse/other net income is **$0.00** per month.

Debtor's Budget shows **$193.00** disposable income.

Debtor proposed to pay **$193.00** per month into the Plan.

Estimated number of months to complete:  **36** months.

This Plan will pay **4.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**DEBTOR(S) SHALL AMEND SCHEDULE "I" AND "J" AND FILE A MOTION TO MODIFY WITHIN 60 DAYS OF MRS. LO PRESTI OBTAINING EMPLOYMENT. THE DEBTOR(S) SHALL AMENDED CREDITORS' MATRIX TO LIST FRANCHISE TAX BOARD AND INTERNAL REVENUE SERVICE WITHIN 10 DAYS OF CONFIRMATION. THE EXEMPTION RE: RENTAL SHALL BE STRICKEN. DEBTOR(S) SHALL PLEDGE RECOVERY, IF ANY, FROM LANS CAP INVESTMENT.DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  December 7, 2009

_____
Rod Danielson, Chapter 13 Trustee