# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  MICHAEL DAVID LO PRESTI
        DIANE MARIE LO PRESTI
        26665 SILVER OAKS DR
        MURRIETA, CA 92563

IN THE MATTER OF:
MICHAEL DAVID LO PRESTI
26665 SILVER OAKS DR
MURRIETA, CA 92563

DATE: 4/6/2010
Case No. 6:09-bk-33168-CB

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|    | DOAN LAW FIRM, LLP    | $400.00       | NOT FILED   |       |   | 0  |
|    | Alwin Bagingito       | $23.00        | NOT FILED   | 7722  | U | 1  |
| 06 | AMERICAN EXPRESS      | $8,083.00     | $7,432.77   | 2002  | U | 2  |
|    | Brian Byrne           | $215.00       | NOT FILED   | H1    | U | 3  |
| 08 | ECAST SETTLEMENT COR  | $7,889.00     | $8,301.75   | 4875  | U | 4  |
| 05 | CHASE BANK            | $13,562.00    | $13,600.59  | 0240  | U | 5  |
|    | Chino Valley Medical  | $21.00        | NOT FILED   | 2488  | U | 6  |
| 07 | Harbinder Brar        | $288.00       | $287.14     | 73034 | U | 7  |
|    | Steven Duerksen MD    | $85.00        | NOT FILED   | 0262  | U | 8  |
|    | Wells Fargo           | $21,813.00    | NOT FILED   | 0201  | U | 9  |
|    | Wfnnb/trek            | $1,413.00     | NOT FILED   | 8820  | U | 10 |
| 02 | CHASE HOME FINANCE    | $192,046.00   | $192,413.15 | 0994  | S | 11 |
| 01 | GMAC                  | $29,809.00    | $29,304.50  | 8283  | S | 12 |
| 03 | Priority Bank         | $76,125.00    | $76,588.89  | 5782  | S | 13 |
| 04 | WASHINGTON MUTUAL CO  | NOT SCHEDULED | $875.96     | 2132  | E | 14 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-33168-CB**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   4/6/2010

_____/s/_____
               PAULETTE ROSELI

PROOF OF SERVICE

   I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 4/6/2010 at Riverside, California.

_____/s/_____
               PAULETTE ROSELI

| | |
|---|---|
| MICHAEL DAVID LO PRESTI<br>26665 SILVER OAKS DR<br>MURRIETA, CA  92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA  92653 |