Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441

Attorneys for Debtors

FILED & ENTERED

JUN 25 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

Michael D. Lo Presti &

Diane M. Lo Presti

                    Debtors.

) Case No. 6:09-bk-33168-SB
)
) ORDER STRIPPING LIEN OF
) WASHINGTON MUTUAL MORTGAGE (JP
) MORGAN CHASE BANK, N.A.)ON REAL
) PROPERTY
)
)
) Date: 11/10/2009
) Time: 3:00 P.M.
) Court: 303
)

On November, 10, 2009, at 3:00 p.m., the motion of the debtor, Michael D. Lo Presti and Diane M. Lo Presti, for an Order stripping the lien of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) on the debtor's personal residence at 26665 Silver Oaks Drive, Murrieta, CA 92563, California came on regularly for hearing. There was no appearance by any other party, nor was any opposition to the debtor's motion filed with the Court. Based on the evidence provided, the Honorable Judge Samuel L. Bufford granted debtors' motion.

**Order Stripping Lien of Washington Mutual (JP Morgan Chase Bank, N.A.)**

The Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) lien and claim are described as follows: Promissory Note, dated January 2005, in the original principal amount of $ 100,000.00; and Deed of Trust recorded on February 10, 2005, as Document # 2005-0116429, in the Office of the Recorder of the County of Riverside, CA.

Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is:

ORDERED that the lien and claim of Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) , as described above, are determined to be completely unsecured; and it is further,

ORDERED that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. §1328, the lien will be void and not constitute an encumbrance on the following described property:

> 26665 Silver Oaks Drive, Murrieta, CA 92563, California. This property is more particularly described as follows: Lot Number 33 Tract 28674, as per maps in the office of the Recorder of the County of Riverside, CA.

And it is further,

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

**Order Stripping Lien of Washington Mutual (JP Morgan Chase Bank, N.A.)**

ORDERED that upon completion of all plan payments and entry of a discharge in this case, Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.) and its successors and assigns are ordered to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

###

DATED: June 25, 2010

_____
United States Bankruptcy Judge

**Order Stripping Lien of Washington Mutual (JP Morgan Chase Bank, N.A.)**

| In re:: <br> Micheal D. Lo Presti & Diane M. Lo Presti <br> Debtor(s). | CHAPTER: 13 <br><br> CASE NUMBER: 6:09-bk-33168 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

635 Camino de los Mares, Suite 100, San Clemente, CA 92673

A true and correct copy of the foregoing document described **ORDER STRIPPING LIEN OF WASHINGTON MUTUAL MORTGAGE (JP MORGAN CHASE BANK, N.A.)ON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   May 19, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/19/2010 | Craig Bixel | /s/Craig Bixel |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:: | CHAPTER: 13 |
|---|---|
| Micheal D. Lo Presti & Diane M. Lo Presti | |
| Debtor(s). | CASE NUMBER: 6:09-bk-33168 |

**ADDITIONAL SERVICE INFORMATION (IF NECESSARY)**

Chambers of Honorable Samuel L. Bufford
United States Bankruptcy Court – Central District of CA
3420 Twelfth Street, Courtroom 303
Riverside, CA 92501-3819

JP Morgan Chase Bank
Agent for Service of Process – CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.)
Agent for Service of Process – CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

JP Morgan Chase Bank, N.A.
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**

| In re:: | CHAPTER: 13 |
|---|---|
| Micheal D. Lo Presti & Diane M. Lo Presti | |
| Debtor(s). | CASE NUMBER: 6:09-bk-33168 |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER STRIPPING LIEN OF WASHINGTON MUTUAL MORTGAGE (JP MORGAN CHASE BANK, N.A.)ON REAL PROPERTY**
was entered on the date indicated on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      May 19, 2010      , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Rod (SB) Danielson                notice-efil@rodan13
United States Trustee (RS)        ustpregion16.rs.ecf@usdoj.gov
Clare Gadd, Esq. (Counsel for WAMU)   cgadd@mosscodilis.com
Gregory J. Doan                   ecf@doanlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re::<br>Micheal D. Lo Presti & Diane M. Lo Presti<br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-33168 |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| **Served Electronically** | **Served by U.S. Mail** |
|---|---|
| See Section I | JP Morgan Chase Bank<br>Agent for Service of Process – CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>Washington Mutual Mortgage (JP Morgan Chase Bank, N.A.)<br>Agent for Service of Process – CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>JP Morgan Chase Bank, N.A.<br>1270 Northland Drive, Ste 200<br>Mendota Heights, MN 55120 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**